(1935). The judgment is therefore reversed and the case remanded for further proceedings not inconsistent with this opinion.

*Judgment reversed. All the Justices concur, except Marshall, J., who concurs in the judgment only.*

DECIDED MARCH 18, 1981.

*Mackay & Elliott, David L. G. King, Jr.,* for appellants.
*Gary D. Zweifel, Walter Akerman, Jr.,* for appellee.

## 36940. FOWLER et al. v. FOWLER.

Judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED MARCH 18, 1981.

*Short & Fowler, Larkin M. Fowler, Jr.,* for appellants.
*Twitty & Twitty, Jack G. Slover, Jr.,* for appellee.

## 36946. McELROY v. THE STATE.

GREGORY, Justice.

In 1977 appellant was sentenced to a term of ten years for the offense of armed robbery, part to be served in confinement and the remainder on probation. After his release from prison he was employed by the City of Bremen. On June 4, 1980 he was arrested on a charge of burglary of the Bremen City Hall. While in custody of the police the appellant, who is epileptic, asked to see a doctor. He then gave an incriminating statement to the police. The evidence at the probation revocation hearing was in conflict as to whether or not the statement was given in exchange for medical treatment. The appellant was carried to a doctor after giving the statement.

On June 27, 1980, while appellant was being held pursuant to his